# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOCORRO KEENAN, A/K/A KEENAN LOPEZ,

Appellant,

vs.

LETICIA ACOSTA,

Respondent.

No. 73980

FILED

SEP 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal listing several district court orders. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. In the notice of appeal appellant lists the order denying his motion to set aside a default judgment and the order denying his motion for reconsideration. Notices of entry of both orders were filed and served on appellant in 2016. Appellant filed the notice of appeal on September 7, 2017, well after expiration of the 30-day time period, and the notice of appeal, as it relates to these orders, is therefore untimely. See NRAP 4(a)(1); NRAP 26(c).

Appellant also lists "[p]lainitff's motion to dismiss" and "[p]laintiff's attorney misconduct" in the notice of appeal, but does not

17-33186

identify any appealable order. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Ronald J. Israel, District Judge
        Socorro Keenan
        Lambrose Brown
        Eighth District Court Clerk